PAPERS IN FILE
[None]

JOSEPH S. BRAINARD
v.
RALPH M. POMEROY

1810

JOURNAL ENTRIES

1. Declaration filed; plea; issue . . . . . . . *Journal, infra,* \*p. 322
2. Judgment . . . . . . . . . . . . . . " 343

PAPERS IN FILE

1. Declaration . . . . . . . . . . . . . . .
2. Memorandum of judgment . . . . . . . . . . . .
3. Promissory note . . . . . . . . . . . . . .
4. Letter from Abijah Stone to S. Conant (1816) . . . *Printed in Vol. 2*

ROBERT SMART
v.
RICHARD SMYTH

1810

JOURNAL ENTRIES

1. Declaration filed; rule to plead; continuance . *Journal, infra,* \*p. 322
2. Discontinuance . . . . . . . . . . . . " 354

PAPERS IN FILE
[None]